

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00392-CV

Joyce Ann **SARRO**,
Appellant

v.

Michael A. **SARRO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-03821
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the final divorce decree is AFFIRMED. It is ORDERED that appellee, Michael A. Sarro, recover his costs of this appeal from appellant, Joyce Ann Sarro.

SIGNED June 15, 2016.

_Karen Angelini_
Karen Angelini, Justice